IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RENEE DIETRICH,

           Plaintiff,

  vs.

SYLVIA M. BURWELL, The Honorable Secretary of the Department of Health and Human Services;

           Defendant.

4:15CV3028

AMENDED PROGRESSION ORDER

IT IS ORDERED that the parties' joint motion, (Filing No. 27), is granted in part, and the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 11, 2016. Motions to compel Rule 33 through 36 discovery must be filed by April 25, 2016. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is January 13, 2016.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    February 12, 2016.
    For the defendant(s):    March 14, 2016.

4) The deposition deadline is May 2, 2016.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 16, 2016.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 11, 2016.

7) All other deadlines, including but not limited to the trial and pretrial conference settings, are unchanged.

November 5, 2015

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge