IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENEE DIETRICH,<br><br>        Plaintiff,<br><br>vs.<br><br>SYLVIA M. BURWELL, The Honorable Secretary of the Department of Health and Human Services;<br><br>        Defendant. | 4:15CV3028<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deposition deadline is extended to May 25, 2016.

2) The deadline for filing motions to compel is extended to May 25, 2016.

3) All other unexpired deadlines in the court's progression schedule, including the trial and pretrial conference dates, are set aside pending further order of the court.

4) A telephonic conference with the undersigned magistrate judge will be held on May 18, 2016 at 9:00 a.m. to discuss an outstanding discovery disputes, and whether the parties are interested in alternative dispute resolution or, in the alternative, whether they will be filing dispositive motions and/or proceeding to trial. Counsel for plaintiff shall place the call.

April 27, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge