IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENEE DIETRICH,<br><br>                Plaintiff,<br><br>vs.<br><br>SYLVIA M. BURWELL, The Honorable Secretary of the Department of Health and Human Services;<br><br>                Defendant. | 4:15CV3028<br><br>**ORDER** |

The government cannot currently commit to pursuing alternative dispute resolution. Accordingly,

IT IS ORDERED:

1) The deadline for filing motions to dismiss and motions for summary judgment is July 22, 2016.[1]

2) If this case is not resolved by summary judgment, within 10 days after the summary judgment ruling, the parties shall contact my chambers to set a conference to discuss the trial and pretrial conference settings.

May 18, 2016.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.