IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENEE DIETRICH,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HONORABLE SYLVIA M. BURWELL, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | 4:15-CV-3028<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before September 6, 2016, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of September 6, 2016.

Dated this 8th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge