IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENEE DIETRICH,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HONORABLE SYVIA M. BURWELL, Secretary of the Department of Health and Human Services,<br><br>    Defendant. | 4:15-CV-3028<br><br>JUDGMENT |

  On the parties' joint Motion and Stipulation for Dismissal (filing 44-1), this action is dismissed with prejudice, each party to pay its own costs, and complete record waived.

  Dated this 7th day of October, 2016.

              BY THE COURT:

              John M. Gerrard
              United States District Judge